FILED'11 JAN 04 15:34USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

HUNG MINH TRAN,

        Plaintiff(s),        Civil No. 08-1516-JO

  v,        ORDER OF DISMISSAL

JENNIFER THOMPSON, an individual, and
CITY OF PORTLAND, a municipal
corporation,

        Defendant(s).

Based upon the Stipulated Judgment entered in this matter,

IT IS HEREBY ORDERED this action is dismissed and any pending motions are denied as moot. Three-day jury trial set for February 22, 2011, is stricken.

DATED:    January 4, 2011

                                      CINDY A. SCHULTZ
                                      DEPUTY COURT CLERK